IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FLOYD MCNEAL,              )<br>    Plaintiff,      )<br>            )<br>vs.                                      )<br>            )<br>MIKE CUSTENBORDER,    )<br>OFFICER L. GREEN, AND )<br>OFFICER HANNAN,          )<br>            )<br>    Defendant.   )<br>            ) | Case No. 07-4125-JAR |

## ORDER

This case comes before the court on Mary Beth Mudrick's Motion to Withdraw as Counsel (Doc. 31) for defendants Green and Hannan.

Ms. Mudrick's motion explains that Shelly Starr recently joined the City of Topeka's legal department. Because Ms. Starr has previously represented defendant Custenborder, in order to avoid a conflict of interest Ms. Mudrick seeks to withdraw as counsel for defendants Green and Hannan in their official capacities. Since Gregory Lee has already entered his appearance on behalf of defendants Green and Hannan in their official capacities, the court sees no reason why Ms. Mudrick's motion, which is in substantial compliance with D. Kan. Local Rule 83.5.5, should not be granted.

Accordingly, and for good cause shown,

**IT IS ORDERED** that Ms. Mudrick's Motion to Withdraw as Counsel (Doc. 31) is granted. The court clerk's office is directed to mail a copy of this order to defendants Green and Hannan, in accordance with D. Kan. Local Rule 83.5.5.

**IT IS SO ORDERED.**

Dated this 8th day of May, 2008, at Topeka, Kansas.

          s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge